Seung Yang (SBN 249857)
seung.yang@moonyanglaw.com
Christopher L. Garcia (SBN 306082)
chris.garcia@moonyanglaw.com
**MOON & YANG, APC**
1055 W. Seventh St., Suite 1880
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125

Attorneys for Plaintiff
CHRIS LEON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LEON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> TARGET CORPORATION., a Minnesota Corporation; and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. EDCV 21-1394-GW-(SPx) <br><br> [*Assigned for all purposes to the Hon. Maame Ewusi-Mensah Frimprong*] <br><br> **PLAINTIFF CHRIS LEON'S NOTICE OF SETTLEMENT** <br><br> Complaint Filed: June 30, 2021 <br> Trial Date: July 26, 2022 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Chris Leon ("Plaintiff") and Defendant Target Corporation ("Defendant") (collectively the "Parties") have reached a settlement in the above-referenced case. A formal settlement agreement has been be circulated between the Parties. Once all the appropriate signatures have been obtained and the agreement's terms fully executed, an executed Stipulation of Dismissal of the entire action will be filed.

Dated: February 14, 2022

Respectfully submitted,

MOON & YANG, A.P.C.

By: /s/ Christopher Garcia
SEUNG YANG
CHRISTOPHER YANG
Attorneys for Plaintiff Chris Leon