Seung Yang (SBN 249857)
*seung.yang@moonyanglaw.com*
Christopher L. Garcia (SBN 306082)
*chris.garcia@moonyanglaw.com*
**MOON & YANG, APC**
1055 W. Seventh St., Suite 1880
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125
Attorneys for Plaintiff
CHRIS LEON

Vanessa M. Cohn (SBN 314619)
*VCohn@littler.com*
**LITTLER MENDELSON, P.C.**
5200 N. Palm Ave., Ste. 302
Fresno, CA 93704
Telephone:  559.244.7500
Facsimile:  559.244.7525
Attorney for Defendant
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LEON, an individual,<br><br>                 Plaintiff,<br><br>        vs.<br><br>TARGET CORPORATION., a Minnesota Corporation; and DOES 1 through 25, inclusive,<br><br>        Defendants. | Case No. 5:21-cv-01394-MEMF<br><br>[*Assigned for all purposes to the Hon. Maame Ewusi-Mensah Frimprong* ]<br><br>**JOINT STIPULATION REGARDING COMPLETE DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Complaint Filed: June 30, 2021<br>Trial Date: July 26, 2022 |

1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Pursuant to Rule 41(a)(1)(A)(2), Federal Rules of Civil Procedure, Plaintiff Chris Leon ("Plaintiff") and Defendant Target Corporation ("Defendant"), acting through their respective counsel of record, hereby stipulate that Plaintiff's claims be DISMISSED WITH PREJUDICE, each side to bear its own attorneys' fees and costs. This matter has been settled as indicated in the previously filed notice of settlement.

Dated:  February 10, 2022                    Respectfully submitted,

MOON & YANG, APC

By: _____
SEUNG YANG
CHRISTOPHER YANG
Attorneys for Plaintiff Chris Leon

Dated:  March 8, 2022                    Respectfully submitted,

LITTLER MENDELSON, P.C.

By: _/s/ Vanessa M. Cohn___
JUDY M. IRIYE
VANESSA M. COHN
Attorneys for Defendant
TARGET CORPORATION

1